# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                            CASE NO. 22-mj-8274-TJJ

**BISWAS BARTAULA,**

        Defendant.

# CRIMINAL COMPLAINT

I, Deputy United States Marshal Brady Flannigan, the undersigned affiant/complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

## COUNT 1

### UNLAWFUL FLIGHT TO AVOID PROSECUTION
### [18 U.S.C. § 1073]

On or about March 24, 2022, in the District of Kansas and elsewhere, the defendant,

**BISWAS BARTAULA,**

traveled in interstate commerce from the State of Kansas, with the intent to avoid

1

prosecution for the crimes of Rape, Aggravated Indecent Liberties with a Child, and Intimidation of a Witness or Victim, all of which are felonies under the laws of the State of Kansas.

In violation of Title 18, United States Code, Section 1073.

The following facts were made known to me by personal observation or from information I received from other law enforcement officers, and/or from other individuals.

1. I am a Deputy United States Marshal (DUSM) with the United States Marshals Service (USMS). I have served as a DUSM for over 12 years, and I am a commissioned federal law enforcement officer. I have successfully completed the Criminal Investigator Training Program and Basic Deputy United States Marshal training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have been a commissioned law enforcement officer for 20 years. As a DUSM, I am responsible for investigating and apprehending federal fugitives and conducting federal criminal investigations. I have been involved in numerous criminal and fugitive investigations. As a federal agent, I am authorized to execute warrants and make arrests for offenses against the United States of America. I am currently assigned to the Kansas City, Kansas Violent Crime Task Force.

2. On December 12, 2022, an arrest warrant was issued in Wyandotte County, Kansas District Court, commanding the arrest of Biswas Bartaula on the following charges:

-Rape in violation of K.S.A. 21-5503

2

-Aggravated Indecent Liberties with a Child in violation of K.S.A. 21-5506

-Intimidation of a Witness or Victim in violation of K.S.A. 21-5909

These are felony crimes under the laws of the State of Kansas. These charges result from an incident that occurred on or about March 12, 2022, in Kansas City, Kansas.

3. Bartaula was a resident of Gardner, Kansas at the time of this incident.

4. Kansas City Police detectives conducted interviews with the minor victim and family members following the incident. The victim initially reported the incident to school officials. Family members, including Bartaula's wife (Gita Ghimire), stated Bartaula traveled to Nepal from the United States immediately after the incident in March of 2022. Family members and associated also indicated Bartaula was made aware of the allegations prior to his travel to Nepal.

5. In December of 2022, the United States Marshals Service adopted this case and initiated a fugitive investigation. USMS investigators consulted with agents from Immigration and Customs Enforcement. According to ICE, Bartaula is a citizen of Nepal. ICE agents determined Bartaula traveled to Nepal on or about March 24, 2022. This information was corroborated by family members.

6. Kansas City Police Department detectives conducted follow-up interviews with co-workers and associates of Bartaula. Co-workers indicated Bartaula remained in Nepal and his wife has since joined him. Attempts made by detectives to contact Bartaula by phone and email have failed.

7. Based on the foregoing facts and circumstances, I believe that there is probable cause that the defendant, Biswas Bartaula, has traveled in interstate commerce and has

fled the State of Kansas in an attempt to avoid prosecution for the crimes of Rape, K.S.A. 21-5503; Aggravated Indecent Liberties with a Child, K.S.A. 21-5506; and Intimidation of a Witness or Victim, K.S.A. 21-5909, each of which are felonies in the State of Kansas. Bartaula's flight is in violation of Title 18, United States Code, Section 1073.

Brady Flannigan
Deputy United States Marshal

Sworn to before me and subscribed before me after having been submitted via reliable electronic means, this ___19th___ day of December, 2022, at Kansas City, Kansas.

Hon. Teresa J. James
United States Magistrate Judge
District of Kansas

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# PENALTIES

## Count 1

- Punishable by a term of imprisonment of not more than five (5) years. 18 U.S.C. § 1073).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).